```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 50068
    LIGIA F MARIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6785

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/12/2003 and was confirmed 03/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                            PAID        PAID
------------------------------------------------------------------------
BANK ONE                   SECURED                 .00        .00         .00
ROUNDUP FUNDING LLC        UNSEC W/INTER   2392.19       251.54      2392.19
SMC                        UNSEC W/INTER    647.82        68.21       647.82
CHILDRENS PLACE            UNSEC W/INTER NOT FILED        .00          .00
CHARMING SHOPPES FASHION   UNSEC W/INTER    859.61        90.46       859.61
RESURGENT CAPITAL SERVIC   UNSEC W/INTER   6285.91       661.62      6285.91
FINGERHUT CORPORATION      UNSEC W/INTER NOT FILED        .00          .00
FORSTER & GARBUS           UNSEC W/INTER NOT FILED        .00          .00
JC PENNY                   UNSEC W/INTER NOT FILED        .00          .00
NEW YORK & COMPANY         UNSEC W/INTER NOT FILED        .00          .00
VICTORIAS SECRET           UNSEC W/INTER NOT FILED        .00          .00
BANK ONE                   UNSEC W/INTER   2824.55       225.58      2824.55
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                  2,700.00
TOM VAUGHN                 TRUSTEE                                   1,015.47
DEBTOR REFUND              REFUND                                       24.38

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  18,047.34

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    13,010.08
    INTEREST                                  1,297.41
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                          1,015.47
DEBTOR REFUND                                    24.38
                       --------------    --------------
TOTALS                   18,047.34           18,047.34

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 03 B 50068 LIGIA F MARIN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 03 B 50068 LIGIA F MARIN